IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSIAH RICHARD FIERRO,

    Plaintiff,

v.                                                                                   No. 13-cv-0341 SMV

CAROLYN W. COLVIN,
Acting Comm'r of SSA,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse or Remand Administrative Agency Decision [Doc. 17] in an order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff, the final decision of the Commissioner is reversed, and the case is remanded to the Commissioner for further proceedings.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**